PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
JUSTIN L. MARTIN, Missouri State Bar No. 62255
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235-6401
    Telephone: (206) 615-3735
    Email: Justin.L.Martin@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| STEVE A. URIAS,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security,[1]<br><br>    Defendant. | Civil No. 2:24-cv-03000-AC<br><br>STIPULATION FOR EXTENSION OF TIME; [PROPOSED] ORDER |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have an extension of time to respond to Plaintiff's Complaint in this case. This is the Defendant's first request for an extension. In support of this request, the

---

[1] Carolyn Colvin became the Acting Commissioner of Social Security on November 30, 2024. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn Colvin should be substituted for Martin O'Malley as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Commissioner respectfully states as follows:

1. Defendant's response to Plaintiff's Complaint is due to be filed by December 31, 2024. Defendant has not previously requested an extension of this deadline.

2. Despite working diligently to meet the case deadlines set forth in Federal Rules of Civil Procedures, recently amended to add Supplemental Rules for Social Security review cases under 42 U.S.C. § 405(g), Defendant needs additional time in the instant case to review the administrative record, to consider the multiple issues raised in the record, and to determine the appropriate response.

3. For these reasons, I am requesting an extension to February 14, 2025 (45 days), to file an Answer or other response in this matter.

4. Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that he has no objections to this extension request.

5. This request is made in good faith and is not intended to delay the proceedings in this matter.

WHEREFORE, Defendant requests until February 14, 2025, to respond to Plaintiff's Complaint.

///

|   |   |
|---|---|
|   | Respectfully submitted, |
| DATE: December 18, 2024 | Summit Disability Law LLC |
|   | /s/ Kevin D. Heitke* <br> KEVIN D. HEITKE <br> Attorney for Plaintiff <br> *Authorized via e-mail on December 17, 2024 |
|   | PHILLIP A. TALBERT <br> United States Attorney |
|   | MATHEW W. PILE <br> Associate General Counsel <br> Office of Program Litigation, Office 7 <br> Social Security Administration |
| DATE: December 18, 2024 | By   /s/ Justin L. Martin <br> JUSTIN L. MARTIN <br> Special Assistant United States Attorney |
|   | Attorneys for Defendant |

ORDER

Pursuant to stipulation, it is so ordered.

DATE: December 18, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE