UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE A. URIAS, | No. 2:24-cv-3000 AC |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On February 14, 2025, defendant filed a motion to dismiss this case as untimely filed. ECF No. 9. The matter was taken under submission on the papers. ECF No. 10. Plaintiff did not file an opposition or statement of non-opposition.

Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, in writing, within 14 days, why his failure to respond to the pending motion should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of an opposition or statement of non-opposition within this timeframe will serve as cause and will discharge this

///
///
///
///

1

1  order.  If plaintiff fails to respond, the court will recommend dismissal of this case pursuant to
2  Local Civil Rule 110.
3  DATED:  March 31, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE