UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE A. URIAS, | No. 2:24-cv-3000 AC |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff is proceeding in this Social Security action represented by counsel Kevin D. Heitke of Summit Disability Law LLC. On July 2, 2025, the administrative record in this case was filed. ECF No. 15. Pursuant to the Local Rules of this court and the scheduling order located at ECF No. 3 at 2, plaintiff's opening motion for summary judgment was due 30 days after the record was filed, in this case on August 1, 2025. That date has passed, and the motion was not filed.

Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause in writing, within 14 days, why his failure to file a motion for summary judgment should not be deemed a waiver of the right to file such a motion at any time, and why this case should not be dismissed for failure to prosecute. Filing a motion for summary judgment within this timeframe will discharge this order.

1

This is the second order to show cause that the court has had to issue in this case due to counsel's failure to timely file documents on behalf of his client. See ECF No. 11. Accordingly, IT IS FURTHER ORDERED that counsel Kevin D. Heitke shall show cause in writing, within 14 days, why he should not be personally sanctioned in the amount of $500.00 dollars.

IT IS SO ORDERED.

DATED: August 28, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2