ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy
BRITTANY GIGLIOTTI, (PA Bar No. 314541)
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (215) 597-1890
Brittany.Gigliotti@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE A. URIAS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Civil No. 2:24-cv-3000-AC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME |

　　　Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty-one (31) days from October 10, 2025, up to and including November 10, 2025.  This is the Defendant's first request for an extension.

　　　At the end of the day on September 30, 2025, the appropriations that have been funding the Department of Justice expired and appropriations to the Department lapsed.  The same is true

for most Executive agencies, including federal defendant Social Security Administration (SSA). It is not clear when funding will be restored by Congress.

Absent an appropriation or continuing resolution, Department of Justice and SSA attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.  That exception is not deemed to include most civil cases.

Undersigned counsel therefore requests an extension of time for 30 days. Subsequent to restored appropriations, counsel may also need to request extensions on other impacted deadlines.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: October 10, 2025              /s/ *Kevin D. Heitke*
                                     (*as authorized via e-mail on October 10, 2025)
                                     KEVIN D. HEITKE
                                     Attorney for Plaintiff

Dated: October 10, 2025              ERIC GRANT
                                     United States Attorney
                                     MATHEW W. PILE
                                     Head of Program Litigation 1
                                     Social Security Administration

                                     By:   /s/  *BRITTANY GIGLIOTTI*
                                      BRITTANY GIGLIOTTI
                                     Special Assistant U.S. Attorney
                                     Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including November 10, 2025, to respond to Plaintiff's Motion for Summary Judgment.

DATED: October 14, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME         Page 3